UNITED STATES DISTRICT COURT
FOR THE SOUTHERN DISTRICT OF ILLINOIS

| | |
|---|---|
| BRIAN K. BOULB,<br><br>　Petitioner,<br><br>　v.<br><br>UNITED STATES OF AMERICA,<br><br>　Respondent. | Civil No. 23-cv-198-JPG<br>Crim No. 12-cr-40097-JPG |

## JUDGMENT

This matter having come before the Court, and the Court having rendered a decision,

IT IS HEREBY ORDERED AND ADJUDGED that petitioner Brian K. Boulb's motion to vacate, set aside or correct his sentence pursuant to 28 U.S.C. § 2255 is dismissed for lack of jurisdiction.

**DATED: January 25, 2023**　　　　　　　MONICA A. STUMP, Clerk of Court

　　　　　　　　　　　　　　　　　　　　**s/Tina Gray, Deputy Clerk**


**Approved:**　s/ J. Phil Gilbert
　　　　　　　**J. PHIL GILBERT**
　　　　　　　**DISTRICT JUDGE**

1